UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Morris, Vincent M.

Case No.: 18-15948
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

__Daniel E. Straffi__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __July 30, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
1 Tamarack Farm Lane
Tewksbury Twp, NJ
FMV - +/-$ 338,000.00

Liens on property:
SLS Financing - $455,901.88
Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $4,205.14

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-15948-MBK
Vincent M. Morris                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 27, 2018
                              Form ID: pdf905          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.
```
db              +Vincent M. Morris,    20 Moore Road,    Marlboro, NJ 07746-2103
517412524       +American Express,    PO Box 1270,    Newark, NJ 07101-1270
517412525       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 15726,    Wilmington, DE 19886)
517412539       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot,    Credit Services Processing Center,
                  Des Moines, IA 50364)
517412527       +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
517412529       #+Citibank,    PO Box 6062,    Sioux Falls, SD 57117-6062
517412530       +Citibank Platinum,    PO Box 6062,    Sioux Falls, SD 57117-6062
517412531       +Continental Service Group, Inc.,    200 CrossKeys Office Park,    Fairport, NY 14450-3510
517412532       +EXPO Design Center,    Credit Services Processing Center,    Des Moines, IA 50364-0001
517412533        FIA Card Services,    PO Box 15720,    wilmington, DE 19850
517412534       +Faloni & Associates,    165 Passaic Ave.,    Fairfield, NJ 07004-3592
517412535       #+Fein, Such, Kahn, & Shepard,    7 Century Dr.,    Parsippany, NJ 07054-4673
517412536       +Goldman & Warshaw,    PO Box 2500,    West Caldwell, NJ 07007-2500
517412540       +Lehman XS Trust Mortgage Pass Through certificates,    8742 Lucent Boulevard, Suite 300,
                  Highlands Ranch, CO 80129-2386
517412541       +MBNA/Bank of America/FIA Card services,    PO Box 15726,    Wilmington, DE 19886-5726
517412542       +NYSHESC,    99 Washington Ave.,    Albany, NY 12210-2828
517412543       +Performant recovery inc.,    PO Box 9057,    Pleasanton, Ca 94566-9057
517412544       +Vans LLC,    577 Hamburg Turnpike,    Wayne, NJ 07470-2042
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2018 23:18:58     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2018 23:18:56     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517412526       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2018 23:37:22     Capital One Bank,
                  PO Box 70884,    Charlotte, NC 28272-0884
517514517       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 27 2018 23:18:49     Fortunoff,    PO Box 659705,
                  San Antonio, Tx 78265-9705
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517412528*      +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
517412537*      +Goldman & Warshaw,    PO Box 2500,    West Caldwell, NJ 07007-2500
517412538*      +Goldman & Warshaw,    PO Box 2500,    West Caldwell, NJ 07007-2500
                                                                                         TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3            User: admin                 Page 2 of 2                  Date Rcvd: Jun 27, 2018
                                Form ID: pdf905             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2018 at the address(es) listed below:
          Aniello D. Cerreto    on behalf of Debtor Vincent M. Morris adclawoffice@gmail.com
          Daniel E Straffi     bktrustee@straffilaw.com,
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
          iqsystems.com
          Daniel E. Straffi    on behalf of Trustee Daniel E Straffi bktrustee@straffilaw.com,
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
          iqsystems.com
          Rebecca Ann Solarz     on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificates,
          Series 2005-7N, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 5