**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Vincent M. Morris | Social Security number or ITIN   xxx–xx–3551 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–15948–MBK | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Vincent M. Morris

7/13/18                                                      **By the court:**   Michael B. Kaplan
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318        **Order of Discharge**        page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 18-15948-MBK
Vincent M. Morris                                                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2                Date Rcvd: Jul 13, 2018
                              Form ID: 318              Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db              +Vincent M. Morris,    20 Moore Road,    Marlboro, NJ 07746-2103
517412539      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot,     Credit Services Processing Center,
                   Des Moines, IA 50364)
517412531       +Continental Service Group, Inc.,    200 CrossKeys Office Park,    Fairport, NY 14450-3510
517412532       +EXPO Design Center,    Credit Services Processing Center,    Des Moines, IA 50364-0001
517412534       +Faloni & Associates,    165 Passaic Ave.,    Fairfield, NJ 07004-3592
517412535      #+Fein, Such, Kahn, & Shepard,    7 Century Dr.,    Parsippany, NJ 07054-4673
517412536       +Goldman & Warshaw,    PO Box 2500,    West Caldwell, NJ 07007-2500
517412540       +Lehman XS Trust Mortgage Pass Through certificates,    8742 Lucent Boulevard, Suite 300,
                   Highlands Ranch, CO 80129-2386
517412541       +MBNA/Bank of America/FIA Card services,    PO Box 15726,    Wilmington, DE 19886-5726
517412542       +NYSHESC,    99 Washington Ave.,    Albany, NY 12210-2828
517412543       +Performant recovery inc.,    PO Box 9057,    Pleasanton, Ca 94566-9057
517412544       +Vans LLC,    577 Hamburg Turnpike,    Wayne, NJ 07470-2042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2018 23:35:51      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2018 23:35:46      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
517412524       +EDI: AMEREXPR.COM Jul 14 2018 03:13:00      American Express,    PO Box 1270,
                   Newark, NJ 07101-1270
517412525        EDI: BANKAMER2.COM Jul 14 2018 03:13:00      Bank of America,    PO Box 15726,
                   Wilmington, DE 19886
517412526       +EDI: CAPITALONE.COM Jul 14 2018 03:13:00      Capital One Bank,    PO Box 70884,
                   Charlotte, NC 28272-0884
517412527       +EDI: CHASE.COM Jul 14 2018 03:13:00      Chase,   PO Box 15153,    Wilmington, DE 19886-5153
517412529       +EDI: CITICORP.COM Jul 14 2018 03:13:00      Citibank,    PO Box 6062,
                   Sioux Falls, SD 57117-6062
517412530       +EDI: CITICORP.COM Jul 14 2018 03:13:00      Citibank Platinum,    PO Box 6062,
                   Sioux Falls, SD 57117-6062
517412533        EDI: BANKAMER2.COM Jul 14 2018 03:13:00      FIA Card Services,    PO Box 15720,
                   wilmington, DE 19850
517514517       +EDI: WFNNB.COM Jul 14 2018 03:13:00      Fortunoff,    PO Box 659705,
                   San Antonio, Tx 78265-9705
                                                                                                TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517412528*      +Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
517412537*      +Goldman & Warshaw,    PO Box 2500,   West Caldwell, NJ 07007-2500
517412538*      +Goldman & Warshaw,    PO Box 2500,   West Caldwell, NJ 07007-2500
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 13, 2018
                              Form ID: 318             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
              Aniello D. Cerreto    on behalf of Debtor Vincent M. Morris adclawoffice@gmail.com
              Daniel E Straffi     bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Rebecca Ann Solarz    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificates,
               Series 2005-7N, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```