Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–15948–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Vincent M. Morris
  20 Moore Road
  Marlboro, NJ 07746

Social Security No.:
  xxx–xx–3551

Employer's Tax I.D. No.:

## FINAL DECREE

  The estate of the above named debtor(s) has been fully administered.

  If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

  ORDERED that Daniel E Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 31, 2018</u>        <u>Michael B. Kaplan</u>
                Judge, United States Bankruptcy Court